United States Bankruptcy Court
Middle District of Florida

In re:  
Mary Jane Klepes  
    Debtor

Case No. 19-06388-FMD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-9    User: hjeff    Page 1 of 2    Date Rcvd: Jul 10, 2019
                       Form ID: 309A   Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.
```
db            +Mary Jane Klepes,    11776 Carradale Ct,    Naples, FL 34120-4391
28358321      +Albertelli Law,    PO Box 23028,    Tampa, FL 33623-2028
28358326      +Bramble Pointe At Twin Eagles,    C/O J. Todd Murrell, Esq.,    1044 Castello Dr Suite 106,
                Naples, FL 34103-8981
28358329       Charles R. Hayes, P.A.,    2590 Northbrook dr,    unit 303,    Naples, FL 34119
28358330      +Doven/fl Community Ban,    1 Corporate Dr,    Lake Zurich, IL 60047-8944
28358334      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
28358339      +Twin Eagles Club, Inc,    11725 Twin Ealges Blvd,    Naples, FL 34120-4342
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: chayespa@gmail.com Jul 10 2019 23:16:58     Charles R Hayes,    Charles R Hayes, PA,
                2590 Northbrooke Plaza Drive,    Suite 303,    Naples, FL  34119
tr             E-mail/Text: luis.rivera@txitrustee.com Jul 10 2019 23:17:12     Luis E Rivera, II,
                Post Office Box 1026,    Fort Myers, FL  33902-1026
ust           +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Jul 10 2019 23:21:13
                United States Trustee - FTM7/13,    Timberlake Annex, Suite 1200,    501 E Polk Street,
                Tampa, FL 33602-3949
28358322      +EDI: GMACFS.COM Jul 11 2019 03:18:00      Ally Financial,    12850 Gran Bay Pkwy,
                Jacksonville, FL 32258-4468
28358323      +EDI: AMEREXPR.COM Jul 11 2019 03:18:00      Amex,    Correspondence/Bankruptcy,    PO Box 981540,
                El Paso, TX 79998-1540
28358324      +EDI: CINGMIDLAND.COM Jul 11 2019 03:18:00      At&t Mobility,    PO Box 536216,
                Atlanta, GA 30353-6216
28358325       EDI: BANKAMER.COM Jul 11 2019 03:18:00      Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                El Paso, TX 79998
28358327      +EDI: CAPITALONE.COM Jul 11 2019 03:18:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                Salt Lake City, UT 84130-0285
28358328      +EDI: CAPITALONE.COM Jul 11 2019 03:18:00      Capital One/Dress Barn,    Attn: Bankruptcy,
                PO Box 30285,    Salt Lake City, UT 84130-0285
28358331       EDI: IRS.COM Jul 11 2019 03:18:00      Internal Revenue Service,    PO Box 21126,
                Philadelphia, PA 19114
28358332      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jul 10 2019 23:20:59     Key Bank,
                127 Public Square,    Cleveland, OH 44114-1226
28358333       EDI: TSYS2.COM Jul 11 2019 03:18:00      Macy,    911 Duke Blvd,    Mason, OH 45040
28358335      +EDI: PRA.COM Jul 11 2019 03:18:00      Portfolio Recovery,    PO Box 41021,
                Norfolk, VA 23541-1021
28358336      +E-mail/Text: bkdepartment@rtresolutions.com Jul 10 2019 23:20:58     Real Time Resolutions,
                1349 Empire Central Dr.,    Suite 150,    Dallas, TX 75247-4029
28358337      +E-mail/Text: newbk@Regions.com Jul 10 2019 23:20:59     Regions Bank,    Attn: Bankruptcy,
                PO Box 10063,    Birmingham, AL 35202-0063
28358338      +EDI: RMSC.COM Jul 11 2019 03:18:00      Synchrony Bank/TJX,    Attn: Bankruptcy,    PO Box 965060,
                Orlando, FL 32896-5060
28358340      +EDI: VERIZONCOMB.COM Jul 11 2019 03:18:00      Verizon Wireless,    PO Box 4001,
                Acworth, GA 30101-9002
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 113A-9           User: hjeff                Page 2 of 2              Date Rcvd: Jul 10, 2019
                               Form ID: 309A              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:

              Charles R Hayes    on behalf of Debtor Mary Jane Klepes chayespa@gmail.com,   crhayespa@gmail.com
              Luis E Rivera, II    trustee.rivera@gray-robinson.com,
               lrivera@ecf.axosfs.com;jodi.payne@gray-robinson.com;ecf.alert+Rivera@titlexi.com
              United States Trustee - FTM7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Mary Jane Klepes** | Social Security number or ITIN  **xxx–xx–8986** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Florida** | Date case filed for chapter  **7**  **7/8/19** |
| Case number: | **9:19–bk–06388–FMD** | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mary Jane Klepes | |
| 2. | **All other names used in the last 8 years** | aka Mary Jane Winston, aka Mary J. Klepes | |
| 3. | **Address** | 11776 Carradale Ct<br>Naples, FL 34120 | |
| 4. | **Debtor's attorney**<br>Name and address | Charles R Hayes<br>Charles R Hayes, PA<br>2590 Northbrooke Plaza Drive<br>Suite 303<br>Naples, FL 34119 | Contact phone 239–370–0097<br><br>Email:  chayespa@gmail.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Luis E Rivera II<br>Post Office Box 1026<br>Fort Myers, FL 33902–1026 | Contact phone (239) 254–8466 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. | **Bankruptcy Clerk's Office** | 801 N. Florida Ave. Suite 555 | Hours open: |
| --- | --- | --- | --- |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Tampa, FL 33602–3899 | Monday – Friday 8:30 AM – 4:00PM |
| | | | Contact phone 813–301–5162 |
| | | | Date: July 10, 2019 |
| 7. | **Meeting of creditors** | **August 13, 2019 at 02:30 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | **United States Courthouse Federal Bldg., 2110 First Street 2–101, Fort Myers, FL 33901** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** October 15, 2019 |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |